IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE LEWANDOWSKI, MARISA MARTINEZ, and JANET AGARDY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FAMILY DOLLAR STORES, INC., FAMILY DOLLAR, INC., AND DOLLAR TREE STORES, INC.,<br><br>  Defendants. | Case No. 2:19-CV-00858-MJH |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiffs respectfully request that the Court (1) Appoint the named Plaintiffs as Class Representatives, (2) Appoint R. Bruce Carlson of Carlson Brown and Nicholas Colella of Lynch Carpenter as Class Counsel, (3) enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:

       Exhibit 1 – Declaration of R. Bruce Carlson
       Exhibit 2 – Proposed Final Judgment and Order of Dismissal

1

2

Dated: January 12, 2022

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad Street
PO Box 242
Sewickley, PA 15143
724-730-1753
bcarlson@carlsonbrownlaw.com

Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (facsimile)
nickc@lcllp.com

*Attorneys for Plaintiffs*